IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-678-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| $3,040.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

On May 5, 20143, the government filed a motion and supporting memorandum to strike Natalie Obey's answer to the complaint [D.E. 11, 12]. Obey did not respond to the motion.

The court agrees with the government's legal arguments. The motion to strike [D.E. 11] is GRANTED.

SO ORDERED. This _15_ day of June 2014.

JAMES C. DEVER III
Chief United States District Judge